"

"

"

# Gzj kdkv'53"

"

# Fryer, Jennifer

| | |
|---|---|
| **From:** | Fahrenbach, Brian |
| **Sent:** | Tuesday, January 19, 2016 9:14 PM |
| **To:** | JHutchins@kenyon.com; Quan, Liberty; 'melissa@gillamsmithlaw.com'; 'Christa Hicks'; ~~Apple-Raytheon |
| **Cc:** | Filarski, Thomas; Steptoe Raytheon 678 Litigation; 'bdavis@bdavisfirm.com' |
| **Subject:** | RE: Raytheon v. Apple : SERVICE Apple's Privilege Log and Production Cover Letter |

Counsel,

As a follow-up to our previous communications regarding Apple's document production, we note that Apple has failed to sufficiently supplement its document production with respect to at least the following categories of documents identified in our October 13, 2015 letter:  Items No. 14-29.

Please be prepared to meet and confer regarding these topics in person tomorrow after the deposition of Dr. Buckman, pursuant to Paragraph 9(a) of the Court's Discovery Order (Dkt. 61).

Best regards,

Brian

---

**From:** Quan, Liberty [mailto:LQuan@kenyon.com]
**Sent:** Friday, January 15, 2016 4:37 PM
**To:** Filarski, Thomas; Steptoe Raytheon 678 Litigation; Fahrenbach, Brian; Stringfield, Daniel; Schlitter, Stan; 'bdavis@bdavisfirm.com'
**Cc:** ~~Apple-Raytheon; 'melissa@gillamsmithlaw.com'; 'Christa Hicks'
**Subject:** Raytheon v. Apple : SERVICE Apple's Privilege Log and Production Cover Letter

Dear Counsel,

Please find attached Defendant Apple Inc.'s Privilege Log and Production Cover Letter.

You will receive a separate email to access the production via sftp.
Production Password: Mx2ZNzX6Y8Xm4wK

Best regards,
Liberty

**Liberty Quan** | Case Manager Litigation Paralegal
**Kenyon & Kenyon LLP**
1801 Page Mill Road, Suite 210 | Palo Alto, CA 94304-1216
650.384.4638 Phone | 650.384.4701 Fax
lquan@kenyon.com  | www.kenyon.com

---

This message, including any attachments, may contain confidential, attorney-client privileged, attorney work product, or business confidential information, and is only for the use of the intended recipient(s).  Any review, use or distribution by others is prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.