IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RAYTHEON COMPANY,<br><br>                        *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>                        *Defendants.* | Case No. 2:15-CV-341-JRG-RSP<br><br>**LEAD CASE** |

## ORDER

COME NOW, Plaintiff Raytheon Company ("Raytheon"), and Defendants Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Sony Mobile Communications (USA) Inc., Sony Semiconductor Corporation, Sony EMCS Corporation, Sony Mobile Communications Inc., and Sony Mobile Communications AB, (collectively, "Sony defendants"), OmniVision Technologies, Inc. ("OmniVision"), and Apple Inc. ("Apple"), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor Inc. (collectively, "Samsung") (Sony defendants, OmniVision, Apple, and Samsung collectively, "Defendants") (collectively, "Parties") hereby jointly file this Joint Report and Joint Motion to Terminate Stay and Dismiss. The Court, having considered this request, is of the opinion that the Parties' motion to terminate stay and dismiss Plaintiff's claims against Defendants with prejudice and Defendants' counterclaims against Plaintiff as moot should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendants are dismissed with prejudice and Defendants' counterclaims against Plaintiff as moot.

IT IS FURTHER ORDERED that all fees and costs shall be borne by each party incurring the same.

**SIGNED this 8th day of June, 2018.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE